DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PATRICK MORIARTY, State Bar No. 213185
pmoriarty@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendant
CITY OF SAN PABLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDDIE C. WATTS II,<br><br>                    Plaintiff,<br><br>     v.<br><br>CITY OF SAN PABLO and DOES 1-100,<br><br>                    Defendants. | Case No. 4:19-cv-01997-THH<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION**<br><br>Hon. Thomas H. Hixson |

Based upon the stipulation of the parties, the Court hereby orders that the Complaint of Plaintiff EDDIE C. WATTS II, is dismissed with prejudice.

The matter is disposed of in its entirety and all future dates are hereby vacated and the case is dismissed in its entirety with prejudice.

Dated: April 28, 2020

By: _____
Thomas S. Hixson
UNITED STATES MAGISTRATE JUDGE